Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>        Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>        Defendants. | Case No.: 4:19-cv-00417-TUC-JCH<br><br>**PLAINTIFF'S MOTION FOR ORDER UNSEALING ORDER DOC. 144**<br><br>Hon. John C. Hinderaker<br>United States District Judge |

On August 2, 2023, this Court issued its Order (Doc. 144) addressing the discovery dispute arising out of Plaintiff's motion to compel discovery responses, and the United States' objection based on, among other grounds, the confidential informant privilege. The Court sealed that Order.

Plaintiff assumes the order was sealed because the Court identified by name two informants whose identities and actions the Defendant asserted were subject to the privilege and, hence, not discoverable.

As this Court is aware, the number of reported decisions addressing this issue in any depth are few. But the issue arises not only in the context of litigation against federal law enforcement, but state agencies as well. This Court's reasoning in deciding the matter was

detailed and would, if on the public record, provide other courts with exemplary guidance in resolving the same privilege claim.

Plaintiff respectfully requests that the Court issue an unsealed version of the Order with anything the Court determines would be subject to confidentiality removed.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on August 14, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,
/s/ Michael Garth Moore