1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>       Plaintiff,<br><br>     vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>       Defendants. | CV 19-00417-TUC-JCH<br><br>**NOTICE TO COURT AND CORRECTION OF RECORD** |

The United States respectfully submits this Notice to the Court to correct inadvertent misstatements in its Supplemental Response to Plaintiff's Third Motion to Compel (Doc. 142) and during the oral argument on Plaintiff's Motions to Compel.

On May 30, 2023, the United States filed the supplemental response, in which the United States represented that "the property seized under the search warrant and the exhibits identified as being marked in the investigative file" and "documents and evidence, including the recordings with confidential informants and others and the evidence seized as part the search warrants" were "destroyed in 2017, when the case was closed upon the dismissal of Sheldon's state court criminal matter." (*Id.* at 1.) Based on this, the United States asserted that "documents and items responsive to Plaintiff's 'specific requests,' identified on page 3 of the motion, no longer exist" and "were destroyed in accordance with DEA policy years before the instant case was filed." (*Id.* at 2.) The United States, through undersigned counsel, repeated these representations during a hearing on June 1, 2023, concerning Plaintiff's Second and Third Motions to

1    Compel.  At the time, DEA and undersigned counsel believed the statements to be true.

2         The parties believed the non-drug evidence had been destroyed because the

3    electronic file shows that, upon dismissal of the criminal case against Plaintiff in 2017,

4    DEA destroyed all original non-drug related evidence, including recordings of interviews

5    between Confidential Informants or Confidential Sources, DEA and HSI.  (Ex. 1,

6    Declaration of Cheri Oz, ¶ 11, Ex. A, Case Log - Exhibits.)  Further, as indicated to the

7    Court in the supplemental response, the action was taken pursuant to DEA Agents

8    Manual, Section 6681.81 General A, which provides: "The SA/TFO/DI will initiate

9    procedures to dispose of non-drug evidence when any of the following conditions exist:

10   1. The investigation has been closed.  An investigation will be closed only when all

11   judicial proceedings have been completed or a decision has been made by the federal or

12   state prosecutor not to prosecute a case.  A case may also be closed when all investigative

13   matters have been exhausted." (Doc. 142 at 2; Ex. 1, ¶ 11.)

14        However, because the criminal case was initiated while DEA was transitioning to

15   a fully electronic filing system, and in response to issues discussed during the hearing and

16   raised in the Court's Order dated July 28, 2023 (Doc. 144), DEA undertook supplemental

17   efforts to confirm whether any working copies of the destroyed documents and/or

18   evidence existed.  (Ex. 1, ¶ 14.)  Specifically, DEA staff contacted DEA archives to

19   determine whether any copies of documents related to any Investigative Files related to

20   or concerning Plaintiff had been archived.  (*Id.*)  In response to the inquiry, DEA staff

21   received the archive file concerning Plaintiff from the National Archives Records Center.

22   (*Id.*)  Specifically, the archive file contained copies of Reports of Investigation, as well as

23   working copies of recordings and copies of other evidence and documents from the case

24   file.  (*Id.*)  The contents of the archive file have been produced to Plaintiff in Defendant

25   DEA's Fourth Amended Response to Plaintiff's Substitute First Requests for Production.

26   (Doc. 153.)

27        This Notice is being provided to the Court to correct the record.  While the

28   original non-drug evidence was destroyed in 2017 in accordance with DEA policy,

working copies of some of that evidence has been found and produced.

DATED:  September 1, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney
*Attorneys for Defendants*

Copy of the forgoing served *via* ECF
notification on September 1, 2023, to:

Michael Garth Moore
Law Offices of Mike Moore
4669 W. Hardy Rd.
Tucson, AZ 85742
*Attorney for Plaintiff*

*s/ L.Startup*
*/ NO to Court & Correction of Record*

- 3 -