Exhibit 1

GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>Defendants. | CV 19-00417-TUC-JCH<br><br>**DECLARATION OF CHERI OZ** |

I, Cheri Oz, do declare and state the following:

1.      I am the Special Agent in Charge ("SAC") of the U.S. Department of Justice, Drug Enforcement Administration's ("DEA") Phoenix Field Division.  I have held this position since December 21, 2019.

2.      Prior to my current post, I was employed by the Phoenix Police Department for six years, where I worked as a patrol officer Field Training Officer and as a Detective in the Organized Crime Bureau, Vice Enforcement Unit.

3.      On November 17, 2002, I joined the DEA, where I have served for more than 20 years in various enforcement assignments, including: a general enforcement group; the Mobile Enforcement Team, which focused on local impact gangs narcotics investigations; the Los Angeles International Airport Narcotics Task Force for the purpose of interdiction; and in the High Intensity Drug Trafficking Area ("HIDTA") Group where I was responsible for directing multiple high profile domestic, and international complex conspiracy investigations.

4.      In December 2011, I was promoted and transferred to the DEA Miami Field Division where I supervised a HIDTA team.

5.       In June 2017, I transferred to DEA Headquarters in Washington, D.C. where I served as a Staff Coordinator in the Office of Operations Management Data and Accountability Section.

6.      In December 2017, I was promoted to Section Chief in DEA's Human Resources Division and oversaw DEA's Special Agent Recruitment and Hiring Program.

7.      In April 2019, I transferred to DEA's Seattle Field Division ("SFD") assuming the role of Assistant Special Agent in Charge where I oversaw technical operation in the SFD and enforcement operations in western Washington, Tacoma, and Seattle until my promotion to SAC of DEA's Phoenix Field Division in December 2019.

8.      I am familiar with Plaintiff Loren Sheldon's above-captioned lawsuit and his related requests for the production of documents dated May 25, 2022.

9.      I am also aware that the DEA and HSI investigated Plaintiff for alleged drug trafficking during 2012, 2014 and 2015.  Based on the 2014-2015 investigation, Plaintiff was indicted by a state grand jury for multiple counts of criminal drug conspiracy and trafficking.  In 2017, the Cochise County Attorney dismissed the indictment.

10.     Between 2010 and 2014, the DEA transitioned to an electronic case tracking system.  In accordance with that transition, the Investigative File[1] in connection with the criminal case against Plaintiff was uploaded to and maintained in DEA's electronic file.

11.     In response to the May 25, 2022, request for production of documents, DEA staff conducted a search for the Investigative File under the electronic system, consistent with applicable DEA policy.

[1] The Investigative File includes the Reports of Investigation ("ROI").  The ROIs show the entirety of the criminal case against Plaintiff, including when the case was initiated, when and which type of evidence was seized, which witnesses were interviewed and where they were interviewed, any surveillance of Plaintiff and any seizure of the Plaintiff for the purposes of a criminal arrest or prosecution.  The Investigative File also includes any non-drug evidence which may be introduced as exhibits in a criminal prosecution. As explained below, the electronic record in this case showed that all original non-drug evidence had been destroyed, pursuant to DEA policy in 2017, when the criminal case was closed.

- 2 -

12.     The electronic file shows that, upon dismissal of the criminal case against Plaintiff in 2017, DEA destroyed all original non-drug related evidence, including recordings of interviews between Confidential Informants or Confidential Sources, DEA and HSI.  *See* Exhibit A.  This action was taken pursuant to DEA Agents Manual, Section 6681.81 General A, which provides: "The SA/TFO/DI will initiate procedures to dispose of non-drug evidence when any of the following conditions exist: 1. The investigation has been closed.  An investigation will be closed only when all judicial proceedings have been completed or a decision has been made by the federal or state prosecutor not to prosecute a case.  A case may also be closed when all investigative matters have been exhausted."

13.     The original compact discs containing recordings and photographs were physically broken into pieces.  The first set of printed photographs and original paper evidence was shredded.

14.     Because this case was initiated while DEA was transitioning to a fully electronic filing system, and in response to issues discussed during a hearing on June 1, 2023 and raised in the Court's Order dated July 28, 2023 [Doc. 144], DEA undertook supplemental efforts to confirm whether any working copies of the destroyed documents and/or evidence existed.  Specifically, DEA staff contacted DEA archives to determine whether any copies of documents related to any Investigative Files related to or concerning Plaintiff had been archived.  In response to the inquiry, DEA staff received archived files concerning Plaintiff from the National Archives Records Center.  Specifically, the archive file contained copies of ROIs, as well as working copies of recordings and copies of other evidence and documents from the case file.

15.     The matters stated herein are based upon the review of available records and information provided to me as part of my official duties.

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2  is true and correct to the best of my knowledge.

3    Executed this 1 day of September, 2023.

4

5  Cheri Oz
   Special Agent in Charge
6  Drug Enforcement Administration
   Phoenix Field Division

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

## Case Log – Exhibits

| | |
|---|---|
| File No: KL-14-0029 | |
| File Title: SHELDON, Loren Jay | GDEP: ▓▓▓▓ |
| Location: ▓▓▓▓▓▓▓▓   Case Type: Regular Case | Case Status: Normally Closed |
| Case Agent: Lori A Tomes | |

| Ex# | Obtained | Description | Forms | Status | Location |
|---|---|---|---|---|---|
| 1 | 02-19-2014 | Marijuana (Foreign Origin) | DEA7 DEA6 | | |
| 2 | 07-11-2014 | Marijuana (Foreign Origin) | DEA7 DEA6 | | |
| 3 | 07-12-2014 | Marijuana (Foreign Origin) | DEA7 DEA6 | | |
| N-1 | 02-19-2014 | United States Currency | SSF DEA6 | | |
| N-2 | 02-19-2014 | 2007 Volkswagen Jetta Sedan | DEA6 SSF | | |
| N-3 | 02-19-2014 | 1978 Peterbilt Dump Truck | SSF DEA6 | | |
| N-4 | 02-19-2014 | 2004 Ford F-150 | SSF DEA6 | | |
| N-5 | 02-25-2014 | One HSEE #3A-215727, containing one compact disc (CD) of two recorded interviews of Loren Jay SHELDON, as witnessed by SA Jody Napolitano and HSI SAs Kenneth Fletcher and Joshua Armstrong on 02-24-201 | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-6 | 03-06-2014 | One HSEE #3A-215550 containing one compact disc (CD) of two recorded interviews of Loren Jay SHELDON, as witnessed by SA Jody Napolitano and HSI SAs Kenneth Fletcher and Joshua Armstrong on 02-24-2014 | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-7 | 05-30-2014 | One SSEE #ES000760922 containing the original compact disc recording of an interview with Darrell Jackson, as witnessed by SA Jody Napolitano and HSI SA Kenneth Fletcher on 05-30-2014. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-8 | 05-30-2014 | One SSEE #ES000760918 containing two photo line-ups identifying Loren Jay SHELDON and Javier Hector SOLIS Jr. by Darrell Jackson, as witnessed by SA Jody Napolitano and HSI SA Kenneth Fletcher on 05-3 | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-9 | 06-10-2014 | One SSEE #ES000042095 containing the original compact disc recording of an interview with Arturo AMARO-Corrales, as witnessed by SA Jody Napolitano, TFA James Allred, and HSI SA Kenneth Fletcher on 06 | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-10 | 06-12-2014 | One SSEE #ES000042096 containing the original compact disc recording of an interview with Gustavo Rubio Jr., as witnessed by SA Jody Napolitano and HSI SA Kenneth Fletcher on 06-12-2014. One addition | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-11 | 07-11-2014 | 2006 White GMC Sierra VIN: 1GTHK23D16F198360 | SSF DEA6 | | |
| N-12 | 07-11-2014 | White 2004 Chevrolet 2500 Pick-Up VIN: 2GCEK13T251358059 | SSF DEA6 | | |
| N-13 | 08-26-2015 | One SSEE #ES000041848, containing the original compact disc recording of a telephone conversation between Javier Hector Solis Jr. and Loren Jay SHELDON, utilizing number (520) 266-0341 on 08-25-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-14 | 08-28-2015 | One SSEE #ES000041862, containing the original compact disc recording of a telephone conversation between a SOI and Loren Jay SHELDON, utilizing number (520) 266-0341 on 08-27-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-15 | 08-31-2015 | One SSEE #ES000041861, containing the original compact disc recording of a meet between a CS, SOI, Jesus Joaquin VALENZUELA, and Loren Jay SHELDON, on 08-29-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-16 | 08-31-2015 | One SSEE #EM000029717, containing the original compact disc recording of a telephone conversation between a SOI and Loren Jay SHELDON, utilizing number (520) 266-0341 on 08-31-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-17 | 09-18-2015 | One HSEE #3A-221901, containing the original compact disc recording of a telephone conversation between a HSI CS and Loren Jay SHELDON, utilizing number (520) 266-0341 on 09-17-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-18 | 09-18-2015 | One HSEE #3A-221907, containing the original compact disc recording of a telephone conversation between a HSI CS and Loren Jay SHELDON, utilizing number (520) 266-0341 on 09-18-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-19 | 09-21-2015 | One SSEE #EM000029656, containing the original compact disc recording of a telephone conversation between a HSI CS and Loren Jay SHELDON, utilizing number (520) 266-0341 on 09-19-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-20 | 09-22-2015 | One HSEE #3A-218398, containing the original compact disc recording of a telephone conversation between a HSI CS and Loren Jay SHELDON, utilizing number (520) 266-0341 on 09-22-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-21 | 09-23-2015 | One HSEE #3A-218162, containing the original compact disc recording of a telephone conversation between a HSI CS and Loren Jay SHELDON, utilizing number (520) 266-0341 on 09-23-2015. | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-22 | 09-23-2015 | One HSEE #3A-218400, containing the original compact disc recording of a meet between two HSI CS', Jesus Joaquin VALENZUELA, and Loren Jay SHELDON, on 09-23-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-23 | 09-23-2015 | One HSEE #3A-221906, containing the original compact disc video recording of a meet between two HSI CS' and Loren Jay SHELDON, on 09-23-2015. | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-24 | 09-24-2015 | SSEE EM000427678 containing one Verizon cell phone box further containing a silver Verizon LG flip cell phone, model # VX3300, S/N 509CYFT1578051; one black cell phone case; one LG lithium ion battery | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-25 | 09-24-2015 | SSEE EM000427576 containing one Ampad notebook further containing handwritten notes. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-26 | 09-24-2015 | SSEE EM000427658 containing one black and silver Apple iPhone, IMEI #356965063462232; one black iPhone case; one black Otter Box; one white power cord. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-27 | 09-24-2015 | SSEE EM000427639 containing five pieces of paper containing handwritten notes. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-28 | 09-24-2015 | SSEE EM000427667 containing a small yellow notepad further containing handwritten notes and three pieces of paper further containing handwritten notes. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-29 | 09-24-2015 | One SSEE#ES000760908 containing one compact disc (CD) further containing photos and videos of the premises of 355 West Buffalo Lane, Whetstone, AZ, and black and white printouts of those p | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-30 | 09-24-2015 | SSEE ES000044204 containing one compact disk further containing digital photographs at 282 West Oak Street, Huachuca City, Arizona, 85616 on September 24, 2015 and black and white printouts of those p | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-31 | 09-25-2015 | One HSEE #3A-221902, containing the original compact disc recording/video of an interview with Jesus "Jack" Joaquin VALENZUELA, was conducted by SA Jody Napolitano and HSI SA Kenneth Fletcher, on 09-2 | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-32 | 09-25-2015 | One HSEE #3A-221903, containing the original compact disc recording/video of an interview with Loren Jay SHELDON, was conducted by SA Jody Napolitano and HSI SA Kenneth Fletcher, on 09-24-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-33 | 09-24-2015 | 1985 Ford 9000 | SSF DEA6 | | |
| N-34 | 09-24-2015 | SSEE (ES000760822) containing a hand written note regarding repairs and rental. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-35 | 09-24-2015 | SSEE (ES000760821) containing one hand written note and several copies of bank checks. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-36 | 09-24-2015 | SSEE (ES000760820) containing one invoice book and multiple bank statements. | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-37 | 09-24-2015 | 1992 Ford Taurus | SSF DEA6 DEA48A | | |
| N-38 | 09-25-2015 | One HSSEE #3A-221904, containing one compact disc with digital images, and printed copies of those digital images taken by HSI SA James Bice, as witnessed by HSI SA Matthew Blong, in Sonoita, Arizona | DEA7A DEA6 DEA48A | Disposed | Destroyed |
| N-39 | 09-28-2015 | Exhibit N-39, one HSEE #3A-221908, containing one compact disc with digital images, and printed copies of those digital images. | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-40 | 09-24-2015 | One SSEE #ES000044203, containing one black LG Verizon cellular telephone, model: LG-VN170; FCC ID: ZNFVN170; MEID HEX: A100003E836A78; and S/N: 410CQBD0229517, with black in color phone case, belongi | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-41 | 09-24-2015 | One HSEE #3A-221909, containing one black Casio cellular telephone, model: G'zOne Type-S; FCC ID: TYKNX9210; ESN HEX: 84B736A9; and S/N: CVBN0210598, a signed DEA Form 88, and an analysis of the cellul | DEA6 DEA7A DEA48A | Disposed | Destroyed |
| N-42 | 10-13-2015 | One HSEE #3A-221910, containing the original compact disc audio recording of a meet between two HSI CS' and Loren Jay SHELDON, on 09-23-2015. | DEA7A DEA6 DEA48A | Disposed | Destroyed |

Showing 1 to 45 of 45 entries