**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Before the Court are Plaintiff's "Motion for Order Unsealing Order Doc. 144," Doc. 146, which Defendants oppose, Doc. 148, and Defendants' unopposed "First Motion for Extension of Time." *See* Docs. 151, 152.

**I.     Plaintiff's Motion for Order Unsealing Order Doc. 144**

On July 28, 2023, the Court issued an Order Under Seal addressing a discovery disputed based in part on confidential informant privilege. *See* Doc. 144. Plaintiff now seeks to unseal the Court's Order because "the number of reported decisions addressing this issue in any depth are few[, and … the] Court's reasoning in deciding the matter was detailed and would … provide other courts with exemplary guidance in resolving the same privilege claim." Doc. 146 at 1–2. Defendants object that unsealing the "order would undermine [the] Court's careful balance ["between allowing Plaintiff to pursue discovery … and minimizing the wider distribution of information related to [REDACTED]'s involvement"]. *See* Doc. 148 at 3.

The Court agrees with Defendants. Plaintiff's kind characterization of the Court's

Order notwithstanding, the Court filed under seal for several reasons. Keeping the Court's Order sealed is the simplest way to preserve those reasons. The Court will therefore deny Plaintiff's Motion.

## II.   Defendants' First Motion for Time Extension

Defendants seek a four-day extension of time to comply with the Court's July 28 Order. Doc. 151. Plaintiff does not oppose Defendant's request. *See* Doc. 152. Good cause appearing, the Court will grant Defendants' Motion.

## III.   Order

Accordingly,

**IT IS ORDERED DENYING** Plaintiff's Motion to Unseal (Doc. 146).

**IT IS FURTHER ORDERED GRANTING** Defendants' Motion for Time Extension (Doc. 151). Defendants shall comply with the Court's July 28 Order, Doc. 144, no later than **September 1, 2023**.

Dated this 11th day of September, 2023.

John C. Hinderaker
United States District Judge