GARY M. RESTAINO
United States Attorney
District of Arizona
Denise Ann Faulk
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>            Plaintiff,<br><br>vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>            Defendants. | CV 19-00417-TUC-JCH<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND RESCHEDULE STATUS CONFERENCE**<br><br>***(First Request)*** |

      The United States, by and through undersigned counsel, respectfully requests a 10-day extension of time to file the Joint Status Report required by the Court's Order (Doc. 144). The United States also requests that the Court reschedule the Status Conference set for September 21, 2023.

      The extension is necessary because undersigned counsel has been preparing for and attending a trial that was completed on September 13, 2023, and attending and preparing to attend medical appointments scheduled for September 14, 2023, and September 15, 2023, to address an injury sustained the week prior to trial. Plaintiff's counsel sent undersigned counsel emails with questions on Monday, September 11, 2023. Due to the trial, undersigned has not yet had time to learn the answers. Additionally, agency counsel is scheduled to be in trial September 18, 2023, through September 20, 2023. The additional

time will permit the United States to determine substantive answers to Plaintiff's questions and lead to a more meaningful meet and confer prior to preparing the Joint Status Report and attending the Status Conference.

Plaintiff's counsel has no objections to the extension but requests a conference call between staff for his office, the United States Attorney's Office and the Court to set a date for the Status Conference due to his busy schedule. A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED: September 15, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

Copy of the foregoing served on September 15, 2023, *via* CM/ECF on the following account holder:

Michael Garth Moore
6336 N. Oracle Rd. Ste 326 #119
Tucson, Arizona 85704
*Attorney for Plaintiff*

s/ *L. Startup*
/ MTE Time to Respond to Jt Status Report