IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>    Plaintiff,<br><br>v.<br><br>Kenneth P Fletcher, et al.,<br><br>    Defendants. | No. CV-19-00417-TUC-JCH<br><br>**ORDER** |

Before the Court is Defendants' "Unopposed Motion to Extend Time to File Joint Status Report and Reschedule Status Conference (First Request)." Doc. 156.

Good cause appearing,

**IT IS ORDERED GRANTING** Defendants' Motion (Doc. 156). The Status Conference is rescheduled to **October 2, 2023 at 10:30 AM**. The parties shall meet and confer one week prior to the rescheduled date, and Plaintiff shall file a Joint Status Report three days prior to the Status Conference.

Dated this 21st day of September, 2023.

John C. Hinderaker
United States District Judge