Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Loren Sheldon, | Case No.: 4:19-cv-00417-TUC-JCH |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO SEAL** |
| Kenneth Fletcher, et al., | Hon. John C. Hinderaker |
| Defendants. | United States District Judge |

The parties, through undersigned counsel, move to seal the Joint Report of the Parties (First), (Doc. 159) filed September 29, 2023. The Joint Report should be sealed pursuant to the Protective Order (Doc. 72) and because it contains extensive references to the Court's sealed Order (Doc. 144) and the confidential informants previously discussed in the case.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

Denise Ann Faulk
Assistant United States Attorney
United States Attorney's Office
405 West Congress, Suite 4800
Tucson, AZ 85701-5040
(520) 620-7300
DFault@usa.doj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on September 2, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                    Respectfully submitted,
                                    /s/ Michael Garth Moore