# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Before the Court is Parties' "Motion to Seal" (Doc. 160) the Joint Report (Doc. 159) filed on September 29, 2023. Upon consideration and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion to Seal (Doc. 160).

**IT IS FURTHER ORDERED** the Parties' Joint Report (Doc. 159) be **SEALED**.

Dated this 3rd day of October, 2023.

John C. Hinderaker
United States District Judge