Michael Garth Moore (023742)
6336 N. Oracle Rd. Ste 326, #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | Case No.: 4:19-cv-00417-TUC-JCH |
| Plaintiff, | |
| vs. | **JOINT REPORT TO THE COURT (SECOND) PURSUANT TO ORDER DOC. 144** |
| Kenneth Fletcher, et al., | |
| Defendants. | |
| | Hon. John C. Hinderaker<br>United States District Judge |

Now come the parties, pursuant to the Court's Order, Doc. 144, and submit the following for consideration by the Court at the Status Conference set for November 6, 2023 at 3:30 p.m. Pursuant to the Order, counsel for the parties met and conferred on outstanding discovery issues via email. This Report documents the state of discovery.

**PLAINTIFF'S DISCOVERY ISSUES**

**1.     THE UNITED STATES DISCLOSURE OF THE FILES ON THE TWO CI'S WHOSE ACTIONS AND RELIABILITY ARE AT ISSUE**

The United States was ordered to produce the Confidential Informant files for the

confidential informant brothers within thirty days. (Doc. 161.) On October 26, 2023, counsel for the United States informed Plaintiff's counsel that she intended to produce the Confidential Informant files, as well as the first twelve ICE emails, on November 1, 2023, which is thirty days from the Court's Order. The Confidential Informant files and the first twelve ICE emails were produced on November 1, 2023, with a privilege log.

Plaintiff's counsel will review the disclosures in advance of the scheduled hearing and may have issues to address with the Court and counsel.

**2.   DOCUMENTS PRODUCED PURSUANT TO PROTECTIVE ORDER DOC. 72, DOC. 164**

The parties have been addressing documents provided by the United States that can be removed from restriction of the Protective Order:

USAO 2627 AZAG Doc

USAO 2858-59 AZAG Subpoena*

USAO 2860-61 BOA Subpoena Resp

USAO 2093-95 Minute Entry

USAO 2096-98 Information

USAO 2100-02 Minute Entry

USAO 2103-05 Information

USAO 1881-86 Indictment

USAO 1878-79 AZAG Declination

USAO 2260-3670 Bank Records

Plaintiff requests that the documents seized from Plaintiff's home in the searches on

September 24 and 25, 2015, which are disclosed at USAO 3672-3834, be removed from the Protective Order because those documents are no more than copies of the Plaintiff's own documents. The originals were not returned to Plaintiff following dismissal of the state court case, and he is unable to reconstruct the documents. The United States has declined to agree to this request. Plaintiff's counsel will have copies of these materials for the Court to review *in camera*.

**United States' Response:**

USAO 3672-3722 are copies of evidence seized during the search. USAO 3723-2329 are photographs that were taken during the search. The evidence seized and photographs taken include law enforcement sensitive information in that they show the law enforcement methodology and techniques regarding searching for and seizing evidence and contraband. Such information could assist others in evading searches in the future.

Additionally, copies of the evidence seized and the photographs were disclosed to Plaintiff during the criminal proceedings, and Plaintiff has included them in his disclosure. Plaintiff has not shown that they should be released from the Protective Order.

**3.     THE SEARCH FOR RELEVANT EMAILS**

Following the Court's order for counsel to come up with search terms for recovery of relevant emails, the United States has continued to search and has disclosed a number of emails to Plaintiff's counsel.

Plaintiffs request a more detailed explanation of where the process is and when it will be completed.

**United States' Response:**

The United States disclosed the DEA emails on November 1, 2023, along with the first twelve ICE emails. As to the remaining ICE emails, counsel for the United States has been working with agency counsel to overcome challenges arising from incompatibility between computer programs. They have overcome the challenges, and the remaining ICE emails have been pulled and are in the process of being reviewed. Counsel for the United States anticipates that they will be produced by November 17, 2023, with a privilege log.

RESPECTFULLY SUBMITTED: November 2, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Ste 326, #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

/s/ Denise Ann Faulk (*with permission*)
Denise Ann Faulk
Assistant United States Attorney
United States Attorney's Office
405 West Congress, Suite 4800
Tucson, AZ 85701
(520) 620-7300
denise.faulk@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on November 2, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                      Respectfully submitted,
                                      /s/ Michael Garth Moore