Michael Garth Moore (023742)
4370 N. Via Entrada Hermosa
Tucson, Arizona 85718
Telephone: 888-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>　　　　Defendants. | Case No.: CV19-00417-JCH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S THIRD SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |

　　　Plaintiff, by and through undersigned counsel, gives notice that he has served a supplement to his Initial Rule 26(a)(1) Disclosure Statement on all Attorneys of record by e-mail on the 13th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael Garth Moore
　　　　　　　　　　　　　　　　　　　　Michael Garth Moore (023742)
　　　　　　　　　　　　　　　　　　　　4370 N. Via Entrada Hermosa
　　　　　　　　　　　　　　　　　　　　Tucson, Arizona 85718
　　　　　　　　　　　　　　　　　　　　Telephone: 888-318-0075
　　　　　　　　　　　　　　　　　　　　mike@mgmoorelaw.com

　　　　　　　　　　　　　　　　　　　　Trial Counsel for Plaintiff

1

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on November 13, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                        Respectfully submitted,

                                        /s/ Michael Garth Moore