GARY M. RESTAINO
United States Attorney
District of Arizona
Denise Ann Faulk
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>            Plaintiff,<br><br>    vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>            Defendants. | CV 19-00417-TUC-JCH<br><br>**STIPULATION REGARDING DEPOSITION OF PLAINTIFF** |

Plaintiff Loren Sheldon and Defendant United States of America, by and through undersigned counsel, hereby stipulate that the United States may depose Plaintiff for up to seven hours in January or February 2024, notwithstanding Plaintiff's deposition currently scheduled for December 4, 2023.  Any time the United States' counsels spends cross-examining Plaintiff during the December deposition shall count against the seven hours.

RESPECTFULLY SUBMITTED:  November 16, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Ste 326, #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

1  Copy of the foregoing served *via*
   CM/ECF on November 16, 2023, on:
2
   Michael Garth Moore
3  6336 N. Oracle Rd. Ste 326 #119
   Tucson, Arizona 85704
4  *Attorney for Plaintiff*

5  s/ *L. Startup*
   / Stip re Sheldon Deposition
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28