GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
denise.faulk@usdoj.gov
*Attorneys for Defendants*
*United States Department of*
*Homeland Security, United States Drug*
*Enforcement Administration and*
*United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>　　　　　Defendants. | CV 19-00417-TUC-JCH<br><br>**NOTICE OF SERVICE OF DEFENDANT UNITED STATES DEPARTMENT OF HOMELAND SECURITY'S SEVENTH AMENDED RESPONSE TO PLAINTIFF'S SUBSTITUTE FIRST REQUESTS FOR PRODUCTION** |

　　　　Defendant United States Department of Homeland Security hereby provides notice that it served its Seventh Amended Response to Plaintiff's substitute first set of requests for production to Defendant United States Department of Homeland Security upon Plaintiff by secure encrypted disc sent via FedEx on November 21, 2023.

　　　　DATED:  November 21, 2023.

　　　　　　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　　　　*s/ Denise Ann Faulk*
　　　　　　　　　　　　　　　　　　　　　　　DENISE ANN FAULK
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Copy of the forgoing served *via* ECF notification on November 21, 2023, to:

Michael Garth Moore
Law Offices of Mike Moore
4669 W. Hardy Rd.
Tucson, AZ 85742
*Attorney for Plaintiff*

*s/ L.Startup*
*/ NOS 7th Amended Resp to 1st RFP*