# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Before the Court is Parties' Stipulation Regarding Deposition of Plaintiff ("Stipulation"). Doc. 173.

Good cause appearing,

**IT IS ORDERED GRANTING** the Parties' Stipulation (Doc. 173). The United States may depose Plaintiff for up to seven hours in January or February 2024, notwithstanding Plaintiff's deposition currently scheduled for December 4, 2023. Any time the United States' counsel spends cross-examining Plaintiff during the December deposition shall count against the seven hours.

Dated this 8th day of December, 2023.

John C. Hinderaker
United States District Judge