# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Before the Court is Plaintiff's "Motion to Seal" (Doc. 183) the Joint Report of the Parties (Doc. 182) filed on December 12, 2023. The Joint Report contains information that should be sealed pursuant to the Court's Protective Order (Doc. 72). Upon consideration and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Seal (Doc. 183).

**IT IS FURTHER ORDERED** directing the Clerk to **SEAL** the Parties' Joint Report (Doc. 182) and accompanying exhibits.

Dated this 12th day of December, 2023.

John C. Hinderaker
United States District Judge