Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>　　　　Defendants. | Case No.: 4:19-cv-00417-TUC-JCH<br><br>**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF KENNETH FLETCHER**<br><br>Hon. John C. Hinderaker United States District Judge |

　　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 30, Plaintiff in this action will take the deposition of Kenneth Fletcher, upon oral examination, at the time and place stated below. The deposition will be taken before an officer authorized by law to administer oaths and will continue day to day until completed. Plaintiff intends to conduct the deposition via Zoom (links to be forwarded to witness and counsel upon completion of service).

**NAME:**　　　　Kenneth Fletcher

**DATE & TIME:**　　**January 23, 2024 at 10:00 a.m.**

**LOCATION:**　　**205 N. 4th Street, Suite 400**
**Grand Junction, CO 81501**

| | | |
|---|---|---|
| 1 | **Zoom Meeting:** | **Meeting ID: 885 0461 2591** <br> **Passcode: 021142** |

The deposition will be recorded via stenography by a certified reporter with Colville & Dippel, LLC, who is duly authorized to take and transcribe the deposition.

You are invited to attend and examine as appropriate.

                                          Respectfully submitted,
                                        <u>/s/ Michael Garth Moore</u>
                                        Michael Garth Moore (023742)
                                        6336 N. Oracle Rd. Suite 326, No. 119
                                        Tucson, Arizona 85742
                                        Telephone: 520-437-9440
                                        mike@mgmoorelaw.com

                                        Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I certify that a true and accurate copy of the foregoing was filed through the Court's CM/ECF system on December 19, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

      Respectfully submitted,
      /s/ Michael Garth Moore