Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>　　　　Defendants. | Case No.: 4:19-cv-00417-TUC-JCH<br><br>**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JOSHUA MOSER**<br><br>Hon. John C. Hinderaker<br>United States District Judge |

　　　　PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 30, Plaintiff in this action will take the deposition of Joshua Moser, upon oral examination, at the time and place stated below. The deposition will be taken before an officer authorized by law to administer oaths and will continue day to day until completed. A Zoom conference link will be made available to counsel who might wish to appear remotely.

　　　　**NAME:**　　　　**Joshua Moser**

　　　　**DATE & TIME:**　　**January 10, 2024 at 9:00 a.m.**

　　　　**LOCATION:**　　**Pima County Attorney's Office**
　　　　　　　　　　　　**32 N. Stone Ave**
　　　　　　　　　　　　**Tucson, AZ 85701**

The deposition will be recorded via stenography by a certified reporter with Colville & Dippel, LLC, who is duly authorized to take and transcribe the deposition.

You are invited to attend and examine as appropriate.

Respectfully submitted,
/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326, No. 119
Tucson, Arizona 85742
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's CM/ECF system on December 19, 2023. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

Respectfully submitted,
/s/ Michael Garth Moore