GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>　　　　Defendants. | CV 19-00417-TUC-JCH<br><br>**DEFENDANTS'<br>NOTICE OF DEPOSITION** |

**To:   Loren Sheldon, c/o Michael G. Moore, Law Office of Michael Garth Moore, 6336 N. Oracle Rd, Suite 326 #119, Tucson, AZ 85704.**

PLEASE TAKE NOTICE that Defendants, by and through counsel, will take the deposition by oral examination of Plaintiff Loren Sheldon at the time, date and place noted below:

TIME AND DATE OF DEPOSITION:        **10:00 a.m. M.S.T.**
**Monday, February 12, 2024**

PLACE OF DEPOSITION:        **U.S. Attorney's Office**
**405 W. Congress St., Suite 4800**
**Tucson, AZ 85701**
**520-6020-7300**

The deposition will be conducted before an officer authorized by law to administer oaths and will be stenographically recorded by a certified court reporter.

1  DATED: January 22, 2024.

2
3                                           GARY M. RESTAINO
                                            United States Attorney
                                            District of Arizona
4
                                            *s/ Denise Ann Faulk*
5                                           DENISE ANN FAULK
                                            Assistant U.S. Attorney
6                                           *Attorneys for Defendants*

7  Copy of the forgoing served *via* ECF
   notification on January 22, 2024, to:
8
9  Michael Garth Moore
   Law Offices of Mike Moore
   4669 W. Hardy Rd.
10 Tucson, AZ 85742
   *Attorney for Plaintiff*
11
   Griffin & Associates
12 2398 E. Camelback Road, Suite 260
   Phoenix AZ 85016
13 calendar@griffinreporters.com
   *Court Reporter*
14 *Via Email*

15 *s/ L. Startup*
   */ NO Loren Sheldon Depo*
16

17

18

19

20

21

22

23

24

25

26

27

28