Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>    Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>    Defendants. | Case No.: 4:19-cv-00417-TUC-JCH<br><br>**JOINT REPORT OF THE PARTIES IN DISCOVERY DISPUTE SET FOR CONFERENCE ON FEBRUARY 1, 2024** |

### PLAINTIFF'S POSITION

There have been numerous discussions between counsel regarding the scheduling and location of depositions of Mr. Sheldon and his life-partner and bookkeeper, LaDonna Holt. Dates have been agreed for discovery depositions of the two, but the parties dispute the location. Defendant noticed the depositions for the U.S. Attorney's office, Doc. 195.

The undersigned secured conference facilities in Sierra Vista for both depositions, and opposes requiring the individuals, particularly Mr. Sheldon, to travel to Tucson. Both Mr. Sheldon and Ms. Holt are elderly. Mr. Sheldon suffers from chronic, progressive heart disease which has exacerbated in the last six (6) months, necessitating two (2) hospitalizations and visits to the Emergency Room. Defendant's counsel has signaled that

the depositions will be lengthy, Mr. Sheldon's likely to consume all seven (7) hours authorized by the Rule.

Not only will the deposition greatly stress Mr. Sheldon, the travel to and from Tucson will greatly impact him, and there are legitimate concerns for his health suffering. As Defendant states, the remedy offered by the United States is to double the stress, time and effort Mr. Sheldon must be put through. This is unacceptable.

The location noticed is no doubt convenient for Defendant's counsel, and for the undersigned. But convenience of counsel, it is submitted, cannot override legitimate health concerns.

**DEFENDANT'S POSITION**

Plaintiff initiated the instant proceeding, in which he is seeking $5.5 million from the United States.  Counsel for the United States is entitled to conduct a meaningful deposition.  Doing so at the United States Attorney's Office is not only "convenient" for counsel, it also provides her with access to her complete files, photocopiers, printers, support staff to address any issues which may arise during the deposition and the Court Reporter under contract with the United States Attorney's Office, who does not travel to Sierra Vista.

Counsel for the United States offered to break Plaintiff's deposition into two days, so that he could travel to Tucson, spend the night, then participate in the deposition on two successive days, instead of spending seven straight hours in deposition.  Counsel also suggested that the parties extend the discovery deadline if Plaintiff is not healthy enough to participate in the deposition at this time.  Either would provide a reasonable

accommodation given Plaintiff's heath concerns, without interfering with counsel's ability to take a meaningful deposition of the most significant witness in the case.

As to Ms. Holt, counsel for the United States already informed Plaintiff's counsel that she will not decide whether to depose Ms. Holt until after Plaintiff's deposition is complete. The United States Attorney's Office is well within the 100-mile radius permitted to subpoena a witness.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 North Oracle Road Ste. 326, #119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

GARY M. RESTAINO
United States Attorney
District of Arizona

s/ Denise Ann Faulk
DENISE ANN FAULK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on January 29, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                             Respectfully submitted,
                                             /s/ Michael Garth Moore