GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>        Plaintiff,<br><br>vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>        Defendants. | CV 19-00417-TUC-JCH<br><br>**DEFENDANT'S AMENDED NOTICE OF DEPOSITION** |

**To:** **Loren Sheldon, c/o Michael G. Moore, Law Office of Michael Garth Moore, 6336 N. Oracle Rd, Suite 326 #119, Tucson, AZ 85704.**

PLEASE TAKE NOTICE that the United States, by and through counsel, will take the deposition by oral examination of Plaintiff Loren Sheldon at the time, date and place noted below:

TIME AND DATE OF DEPOSITION:    **10:00 a.m. M.S.T.**
    **Friday, April 5, 2024**

PLACE OF DEPOSITION:    **U.S. Attorney's Office**
    **405 W. Congress St., Suite 4800**
    **Tucson, AZ 85701**
    **520 620-7300**

The deposition will be conducted before an officer authorized by law to administer oaths and will be stenographically recorded by a certified court reporter.

1  DATED: March 7, 2024.

2
                                                                GARY M. RESTAINO
3  United States Attorney
District of Arizona

4  *s/ Denise Ann Faulk*
DENISE ANN FAULK
5  Assistant U.S. Attorney
*Attorneys for Defendants*

6

7  Copy of the forgoing served *via* CM/ECF notification on March 7, 2024, to:
8

9  Michael Garth Moore
Law Offices of Mike Moore
10  4669 W. Hardy Rd.
Tucson, AZ 85742
*Attorney for Plaintiff*

11

12  Griffin & Associates
2398 E. Camelback Road, Suite 260
Phoenix AZ 85016
13  calendar@griffinreporters.com
*Court Reporter*
14  *Via Email*

15  *s/ L. Startup*
/ *Amended Notice of Loren Sheldon Deposition*
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -