1
2
3
4
5
6
7                   **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE DISTRICT OF ARIZONA**
9

10   Loren Sheldon,                              No. CV-19-00417-TUC-JCH

11              Plaintiff,                        **AMENDED SCHEDULING ORDER**

12   v.

13   United States Department of Homeland
     Security, et al.,
14
                Defendants.
15

16          Before the Court is the parties' "Stipulated Motion to Amend Scheduling Order"

17   (Doc. 206). Parties seek to extend the current pretrial deadlines in the Court's Scheduling

18   Order (Docs. 194 & 203). Good cause appearing,

19          **IT IS ORDERED GRANTING** the parties' Stipulation (Doc. 206).

20          **IT IS FURTHER ORDERED AMENDING** the Court's Scheduling Order (Docs.

21   194 & 203) and **ADOPTING** the Proposed Scheduling Order of the Parties (Doc. 206) as

22   filed. The pretrial deadlines are amended as follows:

23          1.  Deadline for the completion of fact discovery, including discovery by subpoena:

24              **June 17, 2024**;

25          2.  Deadline for all parties to engage in face-to-face good faith settlement talks:

26              **June 17, 2024**;

27          3.  Deadline for filing dispositive motions: **July 17, 2024**;

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

All other deadlines and requirements in the Court's Scheduling Orders dated January 16, 2024, (Doc 194) and February 20, 2024, (Doc. 203) remain in full force and effect.

Dated this 3rd day of April, 2024.

_____
John C. Hinderaker
United States District Judge

- 2 -