GARY M. RESTAINO
United States Attorney
District of Arizona
Denise Ann Faulk
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Loren Sheldon, | CV 19-00417-TUC-JCH |
|---|---|
| Plaintiff, | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |
| vs. | |
| Kenneth P. Fletcher, et al., | |
| Defendants. | |

Plaintiff Loren Sheldon and Defendant United States of America, by and through undersigned counsel, hereby move this Court to extend the remaining deadlines in this case and to vacate the Status Conference currently set for April 29, 2024.  The parties submit there is good cause to continue the remaining deadlines.  The request is necessary because Counsel is recovering from COVID and has missed and will continue to miss work time due to illness.  Counsel doesn't know when she will be returning to work.

For the above reasons, the parties jointly request that the Court amend the Scheduling Order as follows:

- The deadline for completing fact discovery, including discovery by subpoena, is extended from June 17, 2024, to July 17, 2024.
- The deadline for all parties and their counsel to meet in person and engage in good faith settlement talks is extended from June 17, 2024, to July 17, 2024.

- The deadline for dispositive motions is extended from July 17, 2024, to August 16, 2024.

The parties agree that all other deadlines and requirements in the Court's Scheduling Orders dated January 16, 2024, (Doc. 194), February 20, 2024, (Doc. 203), and April 3, 2024 (Doc. 207) remain in full force and effect. The parties' counsel affirm that this request is made to promote the just and efficient resolution of this matter and not for purposes of delay. A proposed order is lodged herewith.

RESPECTFULLY SUBMITTED: April 26, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd. Ste 326, #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Copy of the foregoing served *via* CM/ECF on April 26, 2024, on:

Michael Garth Moore
6336 N. Oracle Rd. Ste 326 #119
Tucson, Arizona 85704
*Attorney for Plaintiff*

*s/ L. Startup*
/ *Stip Amend Scheduling Order*

- 2 -