# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>    Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>    Defendants. | No. CV-19-00417-TUC-JCH<br><br>**AMENDED SCHEDULING ORDER** |

Before the Court is the parties' "Stipulated Motion to Amend Scheduling Order" (Doc. 208). Parties seek to extend the current pretrial deadlines in the Court's Scheduling Order (Docs. 194, 203, and 207). Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation (Doc. 208).

**IT IS FURTHER ORDERED AMENDING** the Court's Scheduling Order (Docs. 194, 203, and 207) and **ADOPTING** the Proposed Scheduling Order of the Parties (Doc. 208) as filed. The pretrial deadlines are amended as follows:

1. Deadline for the completion of fact discovery, including discovery by subpoena: **July 17, 2024**;

2. Deadline for all parties to engage in face-to-face good faith settlement talks: **July 17, 2024**;

3. Deadline for filing dispositive motions: **August 16, 2024**;

All other deadlines and requirements in the Court's Scheduling Orders dated January 16, 2024, (Doc 194), February 20, 2024, (Doc. 203), and April 3, 2024 (Doc. 207) remain in full force and effect.

**IT IS FURTHER ORDERED VACATING** the Status Conference currently scheduled May 6, 20204, at 11:00 a.m.

Dated this 3rd day of May, 2024.

John C. Hinderaker
United States District Judge