# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Amend Scheduling Order. Doc. 210. Upon consideration, and good cause appearing,

**IT IS HEREBY ORDERED granting** the parties' Stipulation to Amend the Scheduling Order (Doc. 210). The Schedule Order shall be amended as follows:

- The deadline to complete fact discovery, including discovery by subpoena, is extended from July 17, 2024, to **September 16, 2024**.
- The deadline for all parties and their counsel to meet in person and engage in good faith settlement talks is extended from July 17, 2024, to **September 16, 2024**.
- The deadline for dispositive motions is extended from August 16, 2024, to **October 15, 2024**.

///
///
///
///

1  All other deadlines and requirements in the Court's Scheduling Orders dated
2  January 16, 2024 (Doc. 194), February 20, 2024 (Doc. 203), and April 3, 2024 (Doc.
3  207) remain in full force and effect.
4  Dated this 17th day of June, 2024.

John C. Hinderaker
United States District Judge