Michael Garth Moore (023742)
6336 N. Oracle Rd, Ste 326 #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kenneth Fletcher, et al.,<br><br>　　　　Defendants. | Case No.: CV19-00417-JCH<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

　　　Plaintiff, by and through undersigned counsel, gives notice that he has served a supplement to his Initial Rule 26(a)(1) Disclosure Statement on all Attorneys of record by e-mail on this 9th day of July 2024. This disclosure includes the name of an additional person with knowledge.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Michael Garth Moore
　　　　　　　　　　　　　　　　　Michael Garth Moore (023742)
　　　　　　　　　　　　　　　　　6336 N. Oracle Rd, Ste 326 #119
　　　　　　　　　　　　　　　　　Tucson, AZ 85704
　　　　　　　　　　　　　　　　　Telephone: 520-318-0075
　　　　　　　　　　　　　　　　　mike@mgmoorelaw.com

　　　　　　　　　　　　　　　　　Trial Counsel for Plaintiff

1

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on July 9, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                              Respectfully submitted,

                                              /s/ Michael Garth Moore