Michael Garth Moore (023742)
6336 N. Oracle Rd, Ste 326 #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>        Plaintiff,<br><br>vs.<br><br>Kenneth Fletcher, et al.,<br><br>        Defendants. | Case No.: 4:19-CV-00417-JCH<br><br>**PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>**Hon. John C. Hinderaker** |

Now come Plaintiffs, by and through undersigned counsel, and submit the following supplemental discovery responses pursuant to 26(a)(1), *Fed.R.Civ.P.* and General Order 17-08.

**1.  State the names and, if known, the addresses and telephones numbers of all persons who you believe are likely to have discoverable information relevant to any party's claims or defenses, and provide a fair description of the nature of the information each such person is believed to possess.**

   a.   Loren Sheldon (Plaintiff) c/o Michael G. Moore, Law Office of Michael Garth Moore, 6336 N. Oracle Rd, Suite 326 #119; Mr. Sheldon has knowledge pertaining to most, if not all of the allegations set forth in the present Complaint.

   b.   LaDonna Holt, c/o Michael G. Moore, Law Office of Michael Garth Moore, 6336 N. Oracle Rd, Suite 326 #119; Ms. Holt is the Plaintiff's spouse. She has

knowledge pertaining to most, if not all of the allegations set forth in the present Complaint.

c.   Dave Harlan, PO Box 843, Benson, AZ 85602, 520-559-1182; Mr. Harlan was a witness to the criminal investigation of Plaintiff. He may have knowledge regarding allegations contained in the Complaint.

d.   Clay A. Aitken, 401 E. Pima Street, Huachucha City AZ 85616, 520-457-8124; Mr. Aitken was a witness to the criminal investigation of Plaintiff. He may have knowledge regarding allegations contained in the Complaint.

e.   Joseph P. DiRoberto, Law Office of Joseph P. DiRoberto, 100 7th Street, Ste. A, Sierra Vista AZ 85635; Mr. DiRoberto represented Plaintiff Loren Sheldon in *State v. Sheldon*, CR201500693, and has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

e.   Jesus ("Jack") Joaquin Valenzuela, Will Supplement Contact Information; Mr. Valenzuela was a witness to the criminal investigation of Plaintiff. He may have knowledge regarding allegations contained in the Complaint.

f.   Joel A. Larson, Office of the Legal Defender, PO Box 1858, Bisbee AZ 85603; Mr. Larson has knowledge pertaining to the Defendants criminal investigation of Loren Sheldon. He may have knowledge regarding allegations contained in the Complaint.

g.   Lynn Clary, 563 N. Mountain View Rd, Benson AZ 85602, 520-895-9876; Ms. Clary is a personal friend of Plaintiff, and has knowledge pertaining to the on-going surveillance of Plaintiff and/or Plaintiff's property.

h.   Joseph Bell, 2533 E. Downing Street, Tombstone AZ 85638, 310-382-7969; Mr. Bell is a part-time employee of Plaintiff, and has knowledge pertaining to the on-going surveillance of Plaintiff and/or Plaintiff's property.

i.   Steve Tyminski, 134 E. Cypress Street, Huachucha City AZ 85616, 520-236-8623; Mr. Tyminski has knowledge pertaining to Plaintiff's background and standing in the community, and surveillance of Plaintiff and/or Plaintiff's property.

j.   Valley Tyminski, 134 E. Cypress Street, Huachucha City AZ 85616, 520-236-8623; Mrs. Tyminski has knowledge pertaining to Plaintiff's background and standing in the community, and the surveillance of Plaintiff and/or Plaintiff's property.

k.    Joe Dyer, 142 Ash Street, Huachucha City AZ 85616, 520-678-1467; Mr. Dyer is a personal friend and part-time employee of Plaintiff and has knowledge pertaining to the surveillance of Plaintiff and/or Plaintiff's property.

l.    Sharon Lohse, 225 N. Ranch Trail, Huachucha City AZ 85616, 520-227-0010; Mr. Lohse has knowledge pertaining to Plaintiff's background.

m.    Ron Hoffman, 2964 E. Cardinal Drive, Sierra Vista AZ 85635, 520-226-1350; Mr. Hoffman is a business associate of Plaintiff, contracted by RV City.

n.    Steve Bochikas, 2098 Cougar Place, Huachucha City AZ 85616, 520- 227-3438; Mr. Bochikas is a mechanic for Plaintiff and has knowledge pertaining to the on-going surveillance of Plaintiff and/or Plaintiff's property.

o.    Kenneth Fletcher (Defendant) c/o Dennis Bastron, Asst. U.S. Attorney, 405 W. Congress St., Ste 4800, Tucson AZ 85701; Defendant Fletcher has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

p.    Jody Napolitano (Defendant) c/o Dennis Bastron, Asst. U.S. Attorney, 405 W. Congress St. Ste 4800, Tucson AZ 85701; Defendant Napolitano has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

q.    Michael Mans (Defendant) c/o Dennis Bastron, Asst. U.S. Attorney, 405 W. Congress St. Ste 4800, Tucson AZ 85701; Defendant Mans has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

r.    Michael Aponte (Defendant) c/o Dennis Bastron, Asst. U.S. Attorney, 405 W. Congress St. Ste 4800, Tucson AZ 85701; Defendant Aponte has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

s.    Lori Tomes (Defendant) c/o Dennis Bastron, Asst. U.S. Attorney, 405 W. Congress St. Ste 4800, Tucson AZ 85701; Defendant Tomes has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

t.    Lt. Curt Wilkins ~~(Defendant)~~ c/o James M. Jellison, Jellison Law Offices PLLC, 36889 N. Tom Darlington Dr., Ste B7, Box 304, Carefree AZ 85377; ~~Defendant~~ Lt. Wilkins has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

u.    Roger H. Contreras c/o James M. Jellison, Jellison Law Offices PLLC, 36889 N. Tom Darlington Dr., Ste B7, Box 304, Carefree AZ 85377; Mr. Contreras has knowledge pertaining to most, if not all allegations set forth in the present Complaint.

v.  Edwin Robinson, 2544 Brewer Drive, Sierra Vista AZ 85650, 520-266-0284; Mr. Robinson is a business partner of L. Sheldon & Co. Mr. Robinson has knowledge pertaining to the criminal investigation of Plaintiff and its effect on his employment.

w.  Doug Rohe, CPA, DRC Ltd. 6761 E. Tanque Verde Rd., Tucson, AZ 85715, 520-298-1040.  Mr. Rohe has knowledge pertaining to Plaintiff's damages.

x.  Roger T. Sheldon, 810-499-6218, Roger Sheldon is Plaintiff's brother, and President of Blue Water Aggregates Co. In Marysville, Michigan. Roger Sheldon has knowledge of Plaintiff's personal background and character, as well as information regarding Defendants' investigation of Plaintiff and Roger Sheldon's businesses.

y.  Joshua Moser, Pima County Attorney's Office, 32 N. Stone Ave, Tucson AZ 85701. Mr. Moser has knowledge pertaining to the Arizona Attorney General assessments of the allegations against Plaintiff and the outcomes of those allegations.

z.  Lori Zucco, Chief Criminal Deputy County Attorney, Cochise County, 1415 Melody Lane, Building G, Bisbee, AZ 85603. Ms. Zuko is expected to have knowledge of the facts relied upon by the Cochise County Attorney in filing and prosecuting the criminal felony case against Plaintiff.

aa.  Doyle Johnston, Mr. Johnston is expected to have knowledge of the facts relied upon by the Cochise County Attorney in filing and prosecuting the criminal felony case against Plaintiff.

bb.  Valorie Aronoff, Cochise County Attorney's Office, 1415 Melody Lane, Building G, Bisbee, AZ 85603. Ms. Aronoff is expected to have knowledge of the facts relied upon by the Cochise County Attorney in filing and prosecuting the criminal felony case against Plaintiff.

cc.  Thomas Rankin, Esq., Section Chief Counsel, Financial Remedies Section, Criminal Division. 2005 N Central Ave, Phoenix AZ 85004. Mr. Rankin is expected to have knowledge of the lack of probable cause for the prosecution of Plaintiff on the criminal felony case brought against Plaintiff.

dd.  Joseph Rohe, Rohe & Rohe Tax, P.C., 6761 E Tanque Verde Rd, #7, Tucson AZ 85715. Mr. Rohe is expected to have knowledge of Plaintiff's tax returns and other financial information pertaining to Plaintiff's annual taxes.

**ee. Robert Larson, current address unknown, 504-_____. Mr. Larson has information regarding Plaintiff's operation of his business, and the**

events in which Mr. Larson was stopped and detained in Tucson in February, 2024.

AS THEIR IDENTITIES BECOME KNOWN, PLAINTIFF WILL SPECIFICALLY DESIGNATE THE FOLLOWING WITNESSES IN SUPPLEMENTAL RESPONSES:

>All custodians of record needed for the listed exhibits.
>All witnesses need to lay foundation for the listed exhibits.
>All persons who have their depositions taken in this action.
>All witnesses listed in answer to Interrogatories.
>All witnesses listed by Defendants.

(Note: By listing Defendants' witnesses, Plaintiff does not waive any objections he may have to any such witnesses.)
Plaintiff reserves the right to supplement this section as discovery continues.

**2. State the names and, if known, the addresses and telephone numbers of all persons who you believe have given written or recorded statements relevant to any party's claims or defenses. Unless you assert a privilege or work product protection against disclosure under applicable law, attach a copy of each such statement if it is in your possession, custody, or control. If not in your possession, custody, or control, state the name and, if known, the address and telephone number of each person who you believe has custody of a copy.**

>i. Audio Interview of Loren Sheldon; conducted by K. Fletcher, J. Armstrong, J. Napolitano on 2/24/14 (incomplete); in the custody of the Cochise County Attorney's Office.
>
>ii. State v. Sheldon CR201500693, Audio Interview of Kenneth Fletcher; conducted by J. DiRoberto, R. Contreras, R. Rothrock on 9/21/17; in the custody of the Cochise County Attorney's Office.
>
>iii. State v. Sheldon CR201500693, Audio Interview of Jesus Valenzuela; conducted J. DiRoberto, J. Larson, R. Contreras on 9/12/17; in the custody of the Cochise County Attorney's Office.
>
>iv. State v. Sheldon CR201500693, Interview of Robert Larson; conducted J. DiRoberto, R. Rothrock; in the custody of the Cochise County Attorney's Office.

5

      v.  Audio Interview of Clay Aitkens; conducted by Michael Garth Moore on 8/28/19 *WORK PRODUCT PRIVILEGE*

**3. List the documents, electronically stored information ("ESI"), tangible things, land, or other property known by you to exist, that you believe may be relevant to any party's claims or defenses. Include in your response the names and, if known, the addresses and telephone numbers of the custodians of the documents, ESI, or tangible things, land, or other property that are not in your possession, custody, or control. For documents and tangible things in your possession, custody, or control, you may produce them with your response, or make them available for inspection on the date of the response, instead of listing them.**

1. Cochise County Superior Court records re: CR201500693/ CR201500694 (incomplete/redacted), custody of Cochise County Attorney's Office. Subpoena response dated June 1, 2020 included Case file 3 of 3, attached hereto. Case files 1 & 2 previously produced in Plaintiff's Mandatory Initial Discovery Responses. Supplemental Cochise County Attorney's Office subpoena response re: emails/text messages/notes/memos, produced herewith.

2. Order Unsealing Records, AZSheldon0001-0003;

3. Order Dismissing Cts 1-3 of Indictment, AZSheldon0004;

4. Additional documents produced to Plaintiff's counsel in the course of the criminal action, of which defendants already have copies;

5. Entire investigative files of DEA, DHS, U.S. Border Patrol, Cochise County Sheriff's Office, Cochise County Attorney's Office, none of which is in Plaintiff's possession;

6. Sheldon IRS Forms 1040 (2012-2019), AZSheldon0005-0018;

7. L.Sheldon Co. & Corp. IRS Forms 1120S (2012-2017), AZSheldon0019-0024;

8. Joseph DiRoberto fees, 2015-2019, AZSheldon0025;

9. Criminal Case expenses, AZSheldon0026;

10. Bisbee Police Report No. B13-0568, AZSheldon0027-0036;

11. Joseph DiRoberto case file, AZSheldon0037-1240;

12. Arizona Attorney General's Office subpoena response, dated August 28, 2020, AZSheldon1241-1593;

13. Cochise County Sheriff's Office subpoena response, dated June 16, 2020, AZSheldon1594-1873;

14. Sheldon Itemized Billing Statement, Joseph DiRoberto, AZSheldon1874-1932;

15. Foreclosure notices, AZSheldon1933-1937;

16. Sheldon photos, AZSheldon1938-1943;

17. Notice of Value 2023, AZSheldon1944;

18. Doug Rohe 6.17.20 email, AZSheldon1945;

19. Pioneer Title payoff 1.15.19, AZSheldon1946;

20. Sheldon income spreadsheet, AZSheldon1947-1948;

21. 2015.09.23 Rental Truck Work Order, AZSheldon1950;

22. 2015.09.24 Original Search Warrant, AZSheldon1951-1964;

23. 2015.09.25 RC Notes AZSheldon1965;

24. 2015.10.09 Email from KF to RC, AZSheldon1966;

25. 2016.07.12 L from RC to KF, AZSheldon1967;

26. 2017.09.21 RC Notes from KF Interview, AZSheldon1968-1970;

27. 2017.09.29 Motion to Dismiss, AZSheldon1971-1972;

28. Complaint, AZSheldon1973-1978;

29. J. Napolitano's Probable Cause Statement, AZSheldon1979-1985;

30. Marco Solis DL, AZSheldon1986;

31. 2015.10.01 Grand Jury Proceedings, AZSheldon1986-2036.

32. TMC Medical Records, AZSheldon002037-2514;

33. LS Notes re: Rolloff, AZSheldon002515-2516;

34. Photos, AZSheldon002517-2521;

35. 2021-2022 Tax Returns, AZSheldon002522-2538;

36. Updated Income Spreadsheet, AZSheldon002539;

37. Amended Income Spreadsheet, AZSheldon 002540;

38. 2015 Balance Sheet, LSheldon Trucking, AZSheldon 002541;

39. 2015 Tax Return, AZSheldon002542-2557;

40. 2016 Tax Return, AZSheldon002558-2575;

41. 2018 Tax Return, AZSheldon002576-2588;

42. 2019 Tax Return, AZSheldon 002589-2605;

43. 2020 Tax Return, AZSheldon002606-2623;

44. 2021 Tax Return, AZSheldon002624-2642;

45. 2022 Tax Return, AZSheldon002643-2654;

46. L. Sheldon & Co. Corp P&L 2014 2015, AZSheldon002656

47. Site Visit Video (No Bates, n/a);

***48. Sheldon 1040 Tax Forms-2012-2015, 2017- AZSheldon 2657-2700.***

Plaintiff will supplement these disclosures as more information becomes available.
PLAINTIFF MAY ALSO USE THE FOLLOWING EXHIBITS:

8

- Demonstrative charts and/or summaries complied from records and data, pursuant to the Rules of Evidence.
- Guidelines, studies, tests, reports, publications, videos, CDs, DVDs and any other records or data relied upon by any expert witness in forming opinions in this case.
- Any medical or psychological records and bills which may be disclosed in the course of discovery.
- Defendant(s) employment records.
- Defendant(s) income records.
- All interrogatories propounded in this action, and answers thereto.
- All requests for admissions propounded in this action, and responses thereto.
- All documents provided in responses to subpoena requests.
- All documents provided in response to public records requests.
- All depositions taken in this action.
- All pleadings and records on file in this case.
- All exhibits listed by Defendant(s) even if subsequently delisted.

**4. For each of your claims or defenses, state the facts relevant to it and the legal theories upon which it is based.**

First Claim: MALICIOUS PROSECUTION

FACTS:
Plaintiff's filed *Third Amended Complaint* lays out the material facts supporting this claim.

LEGAL THEORY:
The malicious prosecution plaintiff must plead and prove that the prior proceeding, commenced by or at the direction of the malicious prosecution defendant, was: (1) pursued to a legal termination favorable to the plaintiff; (2) brought without probable

9

cause; and (3) initiated with malice. To prevail, a malicious prosecution plaintiff "must show that the defendants prosecuted her with malice and without probable cause, and that they did so for the purpose of denying her equal protection or another specific constitutional right." Freeman v. City of Santa Ana, 68 F.3d 1180, 1189 (9th Cir.1995).

Similar to other terminations short of a complete trial on the merits, a dismissal in the interests of justice satisfies this requirement if it reflects the opinion of the prosecuting party or the court that the action lacked merit or would result in a decision in favor of the defendant. *Awabdy v. City of Adelento,* 368 F. 3d 1062, 1068 (9th Cir. 2004); *Virgil v City of New York*, 2019 WL 4736982 at *7 (E.D.N.Y. Sept. 27, 2019) (upon termination by dismissal, the plaintiff's state reverts back to that of a citizen facing a criminal charge – that, is, innocence).

The filing of felony charges, arrest, parole, and imposition of travel restrictions on plaintiff satisfied the equal protection element. *See, Karam v. City of Burbank*, 352 F.3d 1188, 1193 (9th Cir. 2003). Further, the Defendants' intent, to deprive Plaintiff of his property and his liberty to engage in his business, satisfy a liberty interest element. *Awabdy, supra,* 368 F.3d at 1069.

See Plaintiff's Memorandum in Opposition to Defendants Wilkins and Contreras' Motion to Dismiss For Failure to State a Claim [Dkt. 30].

## **Second Claim:** JUDICIAL DECEPTION/FABRICATION OF EVIDENCE FIFTH & FOURTEENTH AMENDMENT

FACTS:

Plaintiff's filed ***Third Amended Complaint*** lays out the material facts supporting this claim.

LEGAL THEORY:

See Plaintiff's Memorandum in Opposition to Defendants Wilkins and Contreras' Motion to Dismiss For Failure to State a Claim [Dkt. 30].

## **Third Claim:** CONSPIRACY

FACTS:
Plaintiff's filed Third Amended Complaint lays out the material facts supporting this claim.

10

LEGAL THEORY:

See Plaintiff's Memorandum in Opposition to Defendants Wilkins and Contreras' Motion to Dismiss for Failure to State a Claim [Dkt. 30].

**Fourth Claim: CLAIM AGAINST THE UNITED STATES**

FACTS:

Plaintiff's filed Third Amended Complaint lays out the material facts supporting this claim.

LEGAL THEORY:

Liability of the United States is predicated specifically on 28 U.S.C. §§1346(b)(1) and 2674 because the injuries and resulting damages that form the basis of this complaint, were proximately caused by the negligence, wrongful acts and/or omissions of employees of the United States of America through its agencies, the United States Department of Homeland Security and the Drug Enforcement Administration. These employees, the individual Defendants, were acting within the course and scope of their office or employment, under circumstances where the United States of America, if a private person, would be liable to the Plaintiff in the same manner and to the same extent as a private individual under the laws of the State of Arizona. Defendants were acting as law enforcement agents, and their actions of falsifying evidence and engaging in malicious prosecution, as alleged herein, are actionable under the Act pursuant to 26 U.S.C.§2680(h). Pursuant to 28 U.S.C. § 2675, this claim was presented to the appropriate agencies of Defendant, the United States of America, namely the Drug Enforcement Administration and Department of Homeland Security on August 23, 2019 and August26, 2019, respectively, for the claims of Plaintiff. The DEA responded with a denial on January 30, 2020. DHS never responded. This Claim is brought within the time provided by law, and Plaintiff has exhausted the administrative remedial process; As a direct and proximate result of the wrongful torts committed by Defendants, which include false arrest and malicious prosecution, and other torts which may be identified in discovery, Plaintiff has suffered extreme emotional distress and other intangible losses, including, but not limited to the loss of his reputation and standing in the community; a permanent loss of income; has incurred costs and fees of his defense; and has suffered other damages not enumerated herein

**5.** **Provide a computation of each category of damages claimed by you, and a description of the documents or other evidentiary material on which it is based, including materials bearing on the nature and extent of the injuries suffered.**

See documents Bates no. AZSheldon0005-0026; AZSheldon 1874-1932.

Plaintiff will supplement these disclosures as more information becomes available.

Dated this 8th day of July, 2024.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 N. Oracle Rd, Ste 326 #119
Tucson, AZ 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

Trial Counsel for Plaintiff

PDF of the foregoing sent via
electronic means via e-mail and Dropbox
this 8th day of July, 2024, to:

GARY M. RESTAINO
United States Attorney
Denise Faulk
Assistant U.S. Attorney
405 W. Congress St., Ste. 4800
Tucson Arizona 85701
Telephone: 520-620-7300
denise.faulk@usdoj.gov

*Attorney for U.S. Defendants*