GARY M. RESTAINO
United States Attorney
District of Arizona
Denise Ann Faulk
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>  Plaintiff,<br><br>vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>  Defendants. | CV 19-00417-TUC-JCH<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant United States of America hereby notifies the Court that it served the following on this date via electronic mail:

 • Defendant's Second Set of Non-Uniform Interrogatories to Plaintiff.

DATED: July 31, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney