# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing,

**IT IS ORDERED granting** the parties' Stipulation to Amend the Scheduling Order (Doc. 216). The Scheduling Order is amended as follows:

- The deadline to complete fact discovery, including discovery by subpoena, is extended from September 16, 2024, to **October 28, 2024**.
- The deadline to meet in-person and engage in good faith settlement talks is extended from September 16, 2024, to **October 28, 2024**.
- The deadline for dispositive motions is extended from October 15, 2024, to **November 26, 2024**.

///
///
///
///

        All other deadlines and requirements in the Court's Scheduling Orders dated January 7, 2021 (Doc. 74), January 16, 2024, (Doc. 194), February 20, 2024, (Doc. 203), April 3, 2024 (Doc. 207), and June 17, 2024 (Doc. 211) shall remain in full force and effect.

        Dated this 9th day of September, 2024.

*John Hinderaker*
John C. Hinderaker
United States District Judge