GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | CV 19-00417-TUC-JCH |
| Plaintiff, | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |
| vs. | |
| Kenneth P. Fletcher, et al., | **(Sixth Request)** |
| Defendants. | |

Plaintiff Loren Sheldon and Defendant United States of America, by and through undersigned counsel, hereby move this Court to extend the remaining deadlines in this case by thirty days. The parties submit there is good cause to continue the remaining deadlines. The request is necessary because Defendant's counsel has had ongoing health issues affecting her vision since August 1, 2024. Counsel's vision issues limit her ability to read from a computer screen or on paper, even with the use of corrective lenses. Additionally, the parties are finalizing discovery and disclosure documents.

For the above reasons, the parties jointly request that the Court amend the Scheduling Order as follows:

- The deadline to complete fact discovery, including discovery by subpoena, is extended from October 28, 2024, to November 27, 2024.
- The deadline for all parties and their counsel to meet in-person and engage in

good faith settlement talks is extended from October 28, 2024, to November 27, 2024.

- The deadline for dispositive motions is extended from November 26, 2024, to December 27, 2024.

The parties agree that all other deadlines and requirements in the Court's Scheduling Orders dated January 7, 2021 (Doc. 74), January 16, 2024, (Doc. 194), February 20, 2024, (Doc. 203), April 3, 2024 (Doc. 207), and June 17, 2024 (Doc. 211) remain in full force and effect. The parties' counsel affirm that this request is made to promote the just and efficient resolution of this matter and not for purposes of delay. A proposed order is lodged herewith.

RESPECTFULLY SUBMITTED: October 24, 2024.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL GARTH MOORE | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/ Michael Garth Moore with permission*<br>MICHAEL GARTH MOORE<br>*Attorney for Plaintiff* | *s/ Denise Ann Faulk*<br>DENISE ANN FAULK<br>Assistant U.S. Attorney<br>*Attorney for Defendant*<br>*United States of America* |

Copy of the foregoing was served *via* CM/ECF on October 24, 2024, to:

Michael Garth Moore
6336 N. Oracle Rd. Ste 326 #119
Tucson, Arizona 85704
*Attorney for Plaintiff*

*s/ M. Parker*
/ Stip Amend Scheduling Order – 6th

- 2 -