GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendant*
*United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Kenneth P. Fletcher, et al.,<br><br>　　　　　Defendants. | CV 19-00417-TUC-JCH<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

　　　Plaintiff Loren Sheldon and Defendant United States of America, by and through undersigned counsel, hereby submit its Joint Settlement Status Report Regarding Settlement.

　　　Counsel for the parties have engaged in discussions regarding settlement as ordered in Doc. 223, but the Plaintiff is not in a position to make a settlement demand until the Court rules on a motion for summary judgment. Upon that ruling, should the case not be dismissed, the parties may call upon the Court for assistance in arriving at a pre-trial settlement.

　　　/ / /

　　　/ / /

　　　/ / /

RESPECTFULLY SUBMITTED: December 2, 2024.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL GARTH MOORE | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/ Michael Garth Moore with permission*<br>MICHAEL GARTH MOORE<br>*Attorney for Plaintiff* | *s/ Denise Ann Faulk*<br>DENISE ANN FAULK<br>Assistant U.S. Attorney<br>*Attorney for Defendant*<br>*United States of America* |

- 2 -