# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kenneth P Fletcher, et al.,<br><br>　　　　Defendants. | No. CV-19-00417-TUC-JCH<br><br>**AMENDED SCHEDULING ORDER** |

　　　　Upon Stipulation of the parties, and good cause appearing,

　　　　**IT IS HEREBY ORDERED granting** the parties' Stipulation to Amend Scheduling Order (Doc. 227). The deadline for dispositive motions is extended from December 27, 2024, to **February 7, 2025**. All other deadlines and requirements from the Court's previous Scheduling Orders remain in effect.

　　　　Dated this 19th day of December, 2024.

_____
John C. Hinderaker
United States District Judge