GARY M. RESTAINO
United States Attorney
District of Arizona
Denise Ann Faulk
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | CV 19-00417-TUC-JCH |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| Kenneth P. Fletcher, et al., | |
| Defendants. | |

     Defendant United States of America, by and through undersigned counsel, hereby moves to extend the time to file a motion for summary judgment by thirty days. Undersigned counsel has been working diligently to prepare the motion by the current deadline, but agency counsel assigned to the case left the agency. New agency counsel was assigned to the case on Tuesday, February 4, 2025, but he needs time to familiarize himself with the case to assist in preparing and approving necessary declaration(s) and the motion. And current federal administrative transitions may cause additional delay.

     The undersigned certifies that this request is made in the interests of justice and not for purposes of delay. Plaintiff's counsel does not oppose this extension but has indicated that he will not agree to a further extension.

     A proposed order is submitted herewith.

/ / /

/ / /

1  RESPECTFULLY SUBMITTED: February 6, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

*s/ M. Parker*
/ MTE MSJ