TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Fax: (520) 620-7149
Email: denise.faulk@usdoj.gov
*Attorneys for United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Loren Sheldon, | CV 19-00417-TUC-JCH |
|---|---|
| Plaintiff, | **MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT, STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO** |
| v. | |
| Kenneth P. Fletcher, et al., | |
| Defendants. | |

Pursuant to Local Rule of Civil Procedure 5.6, Defendant United States of America requests leave to file under seal its Motion for Summary, Statement of Facts in support of its Motion for Summary Judgment and all exhibits thereto. The motion and its supporting documents should be sealed under the Protective Order (Doc. 164) and due to information previously discussed in this Court's sealed Order (Doc. 144).

The Motion for Summary, Statement of Facts in support of the Motion for Summary Judgment and all exhibits thereto are lodged herewith. A proposed order is submitted with this motion.

RESPECTFULLY SUBMITTED: March 10, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney
*Attorneys for United States*