# Exhibit A

Page 1 of 1

Contreras, Roger H    (SHELDON)

**From:** Fletcher, Kenneth P [Kenneth.P.Fletcher@ice.dhs.gov]
**Sent:** Friday, 09 October, 2015 12:11
**To:** Contreras, Roger H
**Subject:** RE: This is my email address

Sir, this is in reference to what I spoke with you this morning about. The name of our source is Hector Javier SOLIS: date of birth: ▮▮▮▮ and social security ▮▮▮▮. He evidently has $1500 in unpaid traffic tickets imposed by Cochise County Justice of the Piece Crt. 2 (JP2) with Judge Alma Vidosola as the presiding judge. Evidently, he defaulted once on a payment plan through a misunderstanding. That resulted in the court requiring he pay the entire amount to get his outstanding warrant expunged. I can't officially sign him up under my agency with this outstanding warrant. As you know, his information and actions were crucial to the SHELDON case and he is also willing to testify in future proceedings if needed. It's crucial for me to sign him up to cover him. If we could get something worked out to where could be placed on another payment plan that would certainly work. Anything that could be done would be helpful. SOLIS is open to completing community service as another option to resolve the matter.

Much appreciated sir.

SA Kenneth Fletcher
▮▮▮▮

**From:** Contreras, Roger H [mailto:RContreras@cochise.az.gov]
**Sent:** Friday, October 09, 2015 10:30 AM
**To:** Fletcher, Kenneth P
**Subject:** This is my email address

*Roger H. Contreras*
Deputy County Attorney
Drug Unit
Cochise County Attorney's Office
Post Office Drawer CA
Bisbee, Arizona 85603-0170
(520) 432-8700
(520) 432-2487  Fax
rcontreras@cochise.az.gov

 *Please consider the environment before printing this e-mail*

10/14/2015 10:02