# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Sheldon, | No. CV-19-00417-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Kenneth P Fletcher, et al., | |
| Defendants. | |

**IT IS ORDERED setting** a telephonic status conference for **Tuesday, May 6, 2025, at 1:00 p.m.** for 30 minutes in Courtroom 5B, 405 W. Congress, Tucson, AZ 85701.

Dated this 5th day of May, 2025.

John C. Hinderaker
United States District Judge