# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Loren Sheldon,

      Plaintiff,

v.

Kenneth P Fletcher, et al.,

      Defendants.

No. CV-19-00417-TUC-JCH

**ORDER**

Before the Court is Defendant United States of America's Motion to Redact Court Order. (Doc. 279.) The Court granted the Government's Motion for Summary Judgment on March 25, 2026, filed the Order under seal, and ordered the parties to submit proposed redactions within thirty days (Doc. 276). The Government complied with this Order, and the Court finds compelling reason for the Government's limited proposed redactions "to conceal personally identifiable information and the previously identified confidential informants' names and to comply with the Privacy Act." (Doc. 279 at 1).

Accordingly,

**IT IS ORDERED granting** Defendant United States of America's Motion to Redact Court Order. (Doc. 279.)

**IT IS FURTHER ORDERED directing** the Clerk of the Court to file the redacted version of the Order, which is attached as Exhibit A to Defendant's Motion to Redact (Doc. 279), as the Court's public order.

. . . .

**IT IS FURTHER ORDERED directing** the Clerk to file the unredacted, red-lined version of the Order lodged at Doc. 280 **UNDER SEAL**.

Dated this 18th day of May, 2026.

John C. Hinderaker
United States District Judge